## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 05-cv-0090-WYD-PAC

UBS FINANCIAL SERVICES INC., a Delaware corporation,

    Plaintiff,

vs.

ROBERT J. BUECHLER, a natural person,

    Defendant.

---

## NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

Plaintiff, UBS Financial Services Inc. ("UBS"), by and through its undersigned counsel, hereby notifies the Court that it is voluntarily dismissing its claims against Defendant Robert J. Buechler without prejudice pursuant to FED. R. CIV. PROC. 41(a)(1)(i), and states as follows:

1.    Mr. Buechler has not served an answer or motion for summary judgment.

2.    UBS has never previously dismissed in any court of the United States or of any State an action against Mr. Buechler based on or including the same claims as those set forth in the complaint in this matter.

WHEREFORE, UBS voluntarily dismisses the action without prejudice, each party to bear their own costs.

RESPECTFULLY SUBMITTED this 14th day of July 2005.

By:  _____/s/ Kristina I. Mattson_____
Brian D. Gonzales (CO Bar No. 029775)
Kristina I. Mattson (CO Bar No. 035424)
FOGNANI & FAUGHT, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Telephone:    303-382-6200
Facsimile:    303-382-6210

and

Michael B. Roche (IL Bar No. 2359405)
Michael D. Lee (IL Bar No. 6225432)
SCHUYLER, ROCHE & ZWIRNER, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, IL 60601
Telephone:    312-565-2400
Facsimile:    312-565-8300

ATTORNEYS FOR PLAINTIFF
UBS FINANCIAL SERVICES INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July 2005, a true and correct copy of the foregoing **NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was served electronically on:

> Thomas Marsten Haskins, III, Esq.
> GENTRY & HASKINS, LLP
> 102 N. Cascade Ave., Suite 220
> Colorado Springs, CO  80903
> Telephone:    719-635-1800
> Facsimile:    719-635-1708

_____/s/ C.S. Vega_____